UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **LISA KAY SANDERS** | **CASE NO. 2:20-CV-00595** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **ANDREW SAUL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, after a de novo review of the memoranda and record, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the final decision of the Commissioner be **AFFIRMED** and that Sanders's appeal be **DENIED AND DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers on the 9th day of November, 2022.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**